**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD H. PACHEKO, II,** | ) | |
| | ) | **Dkt. No.** ____________ |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **THE HERTZ CORPORATION and HERTZ TRANSPORTING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DECLARATION OF KRISTA MEMMELAAR**

I, Krista Memmelaar, hereby declare and state:

1. I am a Manager, Human Resources Compliance, employed by The Hertz Corporation ("Hertz"). My office is located at 255 Brae Boulevard, Park Ridge, New Jersey, the corporate headquarters of The Hertz Corporation and Hertz Transporting, Inc., a wholly owned subsidiary of The Hertz Corporation. I have been employed by Hertz for almost 12 years and am familiar with the business operations of both of these corporations in the United States.

2. This Declaration is based upon my personal knowledge and business records kept in the regular course of business. With respect to those business records, the entries are made in a timely manner by people with knowledge of the information, and it is the regular business practice of The Hertz Corporation and Hertz Transporting, Inc., to maintain such records. In my position, I have access to all the corporate information which is included in this Declaration. If called upon to testify as to the facts set forth in this Declaration, I could and would competently testify to them.

3. Both The Hertz Corporation and Hertz Transporting, Inc., are corporations incorporated under the laws of the State of Delaware. Both corporations are headquartered in Park Ridge, New Jersey. Virtually all of The Hertz Corporation's and Hertz Transporting, Inc.'s executives who make strategic business decisions are found at Hertz' Park Ridge, New Jersey

corporate headquarters – though a few may also be found in Oklahoma City, Oklahoma.

4. The major administrative operations for The Hertz Corporation and Hertz Transporting, Inc., are found in Park Ridge, New Jersey and Oklahoma City, Oklahoma. The core executive and administrative functions for both companies are carried out in New Jersey and, to a lesser extent, Oklahoma. None of The Hertz Corporation's or Hertz Transporting, Inc.'s major policy decisions are made in the State of Rhode Island.

5. The Hertz Corporation and Hertz Transporting, Inc. have employees in almost every state. The overwhelming majority of The Hertz Corporation's and Hertz Transporting, Inc.'s employees work in states other than Rhode Island, with both companies having the highest concentration of employees in California, Florida, Texas, Illinois, New York and Georgia, respectively.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed on February 29, 2008 in Park Ridge, New Jersey.

Krista M. Memmelaar

Krista Memmelaar