**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **RICHARD H. PACHEKO, II,** | ) | |
| | ) | **C.A. No. PC-07-7010** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **THE HERTZ CORPORATION and HERTZ TRANSPORTING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF RICHARD H. PACHECO, II, AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants The Hertz Corporation and Hertz Transporting, Inc., by and through undersigned counsel, in accordance with 28 U.S.C. § 1446(d), hereby provide this Notice that, by filing the proper papers attached hereto as Exhibit A in the United States District Court for the District of Rhode Island, on this date, they hereby remove the above-styled action pending in this Court to the United States District Court for the District of Rhode Island.

Defendants requests that the Clerk of this Court take any appropriate steps required pursuant to this notice and that no further action be taken herein.

JOHN L. P. BREGUET, ESQ., #1896
Of Counsel, St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330, Fax: 401-453-4333
e-mail: john@stpeterandkasle.com

**Counsel for The Hertz Corporation and Hertz Transporting, Inc.**

Dated: March 3rd, 2008

CERTIFICATION

I hereby certify that a copy of the within notice was sent to the plaintiff's attorney, Mark P. Gagliardi, 111 Wayland Avenue, Providence, R.I., 02906, postage prepaid, on this 3rd day of March, 2008.