**St. Peter & Kasle** INCORPORATED

Attorneys at Law

RECEIVED
MAR 05 2008
Property of U.S. District Court
District of Rhode Island

March 5th, 2008

Clerk,
United States District Court
One Exchange Terrace
Federal Building
Providence, R.I., 02903

Re: Richard H. Pacheco II vs. The Hertz Corporation, et al
08-076ML

Dear Clerk

The defendants have filed a notice of removal of the above case from the Rhode Island Superior Court to this court. Enclosed please find a certified copy of the Superior Court record, Pacheco vs. Hertz, et al, PC-07-7010.

Sincerely,

JOHN L. P. BREGUET, ESQ., #1896
Of Counsel, St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330, Fax: 401-453-4333
e-mail: john@stpeterandkasle.com

**Counsel for The Hertz Corporation and Hertz Transporting, Inc.**

Enc.

cc
Attorney Mark Gagliardi

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-7010 RICHARD PACHECO V THE HERTZ CORPORATION

Filing Date: 12-26-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 03-04-2008

Plaintiff: RICHARD PACHECO
ID: @10953959

Attorney: MARK GAGLIARDI

Defendant: THE HERTZ CORPORATION
ID: @10953960
Defendant: HERTZ TRANSPORTING INC
ID: @10953961

RECEIVED
MAR 05 2008
Property of U.S. District Court
District of Rhode Island

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-26-2007 | COMPLAINT FILED | |
| 12-26-2007 | INITIAL FILING FEE | |
| 12-26-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP263003. |
| 03-03-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: THE HERTZ CORPORATION |
| 03-03-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: THE HERTZ CORPORATION |
| 03-04-2008 | NOTICE OF REMOVAL | Affiliated: THE HERTZ CORPORATION |
| 03-04-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 76 ML |
| 03-04-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island