UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Richard H. Pacheo, II
Plaintiff(s)

v. Dkt. No. 1:08-cv-00076-ML-LDA

The Hertz Corporation and Hertz Transporting, Inc.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Hertz Corp. & Hertz Transporting hereby moves that Glen R. Fagan, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Hertz Corp. & Hertz Transporting
(Plaintiff/Defendant)
By: John L. Brequet, Esq.
Bar ID No. 1896
Address: Four Richmond Square
Providence, RI 02906

DATED: 03-14-08

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Georgia and of the following Federal District Court and/or Court of Appeals Bar(s) See Exhibit A, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Glen R. Fagan, Esq. — 253944 (Georgia)
Print Name — State Bar ID #

Constangy, Brooks & Smith, LLC
Firm Name

230 Peachtree Street, NW, Suite 2400
Business Address

Atlanta, Georgia 30303-1557

404-525-8622 — 404-525-6955
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
John L. Breguet, Esq. #1896
Print Name — RI Bar ID #
St. Peter & Kasle, Inc.
Firm and Business Address
Four Richmond Square
Providence, RI 02906

Tel. #__________ Fax #__________

401-453-4300 401-453-4333

**ORDER**

This is motion
hereby________________________________________

__________________________
District Judge

Date:

# EXHIBIT A

**ADMISSIONS FOR GLEN R. FAGAN**
**GEORGIA BAR NO. 253944**

U.S. Court of Appeals for the 11th Circuit

United States District Court
Northern District of Georgia

United States District Court
Middle District of Georgia

United States District Court
Southern District of Georgia

United States District Court
Northern District of Georgia