**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD H. PACHECO, II,<br>Plaintiff | : | |
| v. | : | C.A. No. 08-00076-ML-LDA |
| THE HERRTZ CORPORATION and<br>HERTZ TRANSPORTING, INC.,<br>Defendants | : | |

**PLAINTIFF'S RULE 16 MEMORANDUM**

Now comes Richard H. Pacheco, II, the Plaintiff in the above-captioned matter, and through his attorney, sets forth this Memorandum pursuant to Rule 16(a) of the Federal Rules of Civil Procedure.

**FACTUAL BACKGROUND**

Plaintiff suffers from Tourette Syndrome and Attention Deficit Hyperactivity Disorder ("ADHD"), which are disabilities under state and federal law.

On or about April 8, 2005, the Defendants hired Plaintiff as a transporter at their facility located at T.F. Greene Airport in Warwick, Rhode Island.

As a condition of his employment, Defendants required Plaintiff to take a two-part, computer-administered safety test (the "Safety Test").

Plaintiff received a passing score on the first part of the Safety Test, while using headphones, which he needed due to his ADHD. However, Plaintiff failed the second part of the Safety Test because he claims the Defendants refused to allow him the use of the headphones despite his request for a reasonable accommodation pursuant to his disability.

On April 19, 2005, the Defendants terminated Plaintiff's employment, allegedly because he failed the second part of the Safety Test. At the time of his termination, Plaintiff's supervisor made inquiries about the fact that he suffers from Tourette Syndrome and expressed a concern that Plaintiff would not be able to perform the essential function of the job adequately because of the "fast pace" of the job.

On or about April 12, 2006, Plaintiff filed a Charge of Discrimination timely with the Rhode Island Commission for Human Rights ("RICHR") claiming discrimination based on his disability in violation of the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 *et. seq.* ("FEPA").

On or about October 1, 2007, RICHR issued Mr. Pacheco a Notice of Right to Sue Letter.

On or about December 26, 2007, Plaintiff filed suit timely in Providence Superior Court for the State of Rhode Island.

On or about March 30, 2008, Defendants removed Plaintiff's suit from state court to this Honorable Court pursuant to 28 U.S.C. §§ 1332(a) and 1441(a).

**II. LEGAL ISSUES PRESENTED**

A. Whether Defendants' alleged failure or refusal to provide Plaintiff with headphones during the second part of the Safety Test constitutes a failure or refusal to provide a reasonable accommodation of a disability in violation of FEPA.

B. Whether the Defendants' remarks to Plaintiff at the time of his termination that he would not be able to perform the essential functions of the job because of his disabilities constitutes discriminatory conduct in violation of FEPA.

Richard H. Pacheco, II
By His Attorney,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

## CERTIFICATION

I hereby certify that on this **21st** day of **May**, 20**08**, I filed electronically this Memorandum with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

John L.P. Breguet
Of Counsel, St. Peter & Kasle Inc.
Four Richmond Square
Providence, RI 02906
e-mail: john@stpeterandkasle.com

Notice has been delivered by other means to:

Glen R. Fagan
Constangy, Brooks & Smith LLC
230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303-1557

Frank B. Shuster
Constangy, Brooks & Smith LLC
230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303-1557

/s/Mark P. Gagliardi