**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD H. PACHECO, II,** | ) | |
| | ) | **Dkt. No. 1:08-cv-00076-ML-LDA** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **THE HERTZ CORPORATION and HERTZ TRANSPORTING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' PRETRIAL CONFERENCE SUMMARY OF FACTS AND LEGAL ISSUES**

Come now Defendants The Hertz Corporation ("Hertz") and Hertz Transporting, Inc. ("HTI") (collectively "Defendants") and, pursuant to Judge Lisi's April 29, 2008 Notice, submit this summary of facts and legal issues prior to the May 28, 2008 pretrial conference.

## I. FACTUAL SUMMARY

On April 8, 2005, HTI, a wholly-owned subsidiary of Hertz, hired Plaintiff Richard Pacheco as a Transporter to work at its TF Green Airport facility in Providence, Rhode Island. A Transporter is a part-time, casual employee who transports Hertz vehicles between various Hertz locations. Prior to starting work, all Transporters must complete an orientation process, including successfully completing the online New Hire Safety Indoctrination test ("NHSI"). Station Manager Larry Miernicki oversaw that part of Plaintiff's orientation that included completing the NHSI. Plaintiff took the NHSI test while seated at a computer in the training room. While taking the NHSI test, Plaintiff was alone in the room with the door closed.

On April 19, 2005, Plaintiff completed the NHSI, but scored only a 45%, indicating he did not comprehend 55% of HTI's safety standards. When Miernicki reviewed the questions with Plaintiff and explained the correct answers, it was clear Plaintiff did not grasp the basic safety concepts that were included in the NHSI, and which are essential to safely performing the

job. Miernicki explained to Plaintiff that he could not be scheduled to transport vehicles and that he would have to recommend that Plaintiff not be scheduled to work. Plaintiff's employment was subsequently terminated based on his low NHSI score.

On April 12, 2006, Plaintiff filed a charge of discrimination with the Rhode Island Commission for Human Rights claiming he had been discriminated against because of an alleged disability. On August 31, 2007, after completing its investigation of Plaintiff's allegations, the Rhode Island Commission for Human Rights issued a determination of no probable cause and dismissed Plaintiff's charge. On or about December 26, 2007, Plaintiff filed the instant lawsuit in the Superior Court of Rhode Island, Providence. After being served with process, Defendants timely removed the action to this Court. Plaintiff's Complaint contains two claims: (1) a Rhode Island Fair Employment Practices Act discrimination claim; and (2) a Rhode Island Civil Rights Act discrimination claim.

## II. LEGAL ISSUES

Plaintiff's claims raise the following legal issues:

1. Whether Plaintiff can establish a *prima facie* disability discrimination claim under either the Rhode Island Fair Employment Practices Act ("FEPA") and/or the Rhode Island Civil Rights Act ("RICRA").

2. Whether Plaintiff is disabled within the meaning of FEPA and RICRA.

3. Whether Plaintiff could perform the essential functions of the Transporter job with or without a reasonable accommodation.

4. Whether Defendants were aware of Plaintiff's alleged disability and discharged him because of it.

5. Whether Defendants can articulate a legitimate, nondiscriminatory reason for discharging Plaintiff.

6. Whether Plaintiff can establish Defendants' legitimate, nondiscriminatory reason for discharging him is a pretext for discriminatory animus.

7. Whether Plaintiff is entitled to any damages.

Dated: May 21, 2008

s/ John P. Breguet
JOHN L. P. BREGUET, ESQ., #1896
Of Counsel, St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330, Fax: 401-453-4333
e-mail: john@stpeterandkasle.com

Frank B. Shuster (admitted *pro hac vice*)
Georgia Bar No. 644722
Glen R. Fagan (admitted *pro hac vice*)
Georgia Bar No. 253944
CONSTANGY, BROOKS & SMITH, LLC
Suite 2400
230 Peachtree Street, N.W.
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

**Counsel for The Hertz Corporation and Hertz Transporting, Inc.**