UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Richard H. Pacheko, II

CA 08-76ML

V.

The Hertz Corporation

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a mediation shall be held in **mid July, 2008** and a report shall be filed within (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
June 12, 2008

Entered as an Order of this Court on June 12, 2008.

Barbara Barletta
Deputy Clerk