**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD H. PACHECO, II,<br>Plaintiff | : | |
| v. | : | C.A. No. 08-00076-ML-LDA |
| THE HERTZ CORPORATION and<br>HERTZ TRANSPORTING, INC.,<br>Defendants | : | |

**DISMISSAL STIPULATION**

By the agreement of the parties, the above-captioned matter is hereby dismissed with prejudice in its entirety, and each party shall bear its own costs and attorneys' fees.

The Hertz Corporation,
Hertz Transporting, Inc.
By Their Attorneys,

/s/John L.P. Breguet (#1896)
Of Counsel, St. Peter & Kasle Inc.
Four Richmond Square
Providence, RI 02906
(401) 453-4330
(401) 453-4333 (fax)
e-mail: john@stpeterandkasle.com

/s/Frank B. Shuster (admitted *pro hac vice*)
State of Georgia Bar No. 644722
CONSTANGY, BROOKS & SMITH, LLC
2300 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30303-1557
(404) 525-8622
(404) 525-6955 (fax)
e-mail: fshuster@constangy.com

Richard H. Pacheco, II
By His Attorney,

/s/Mark P. Gagliardi (#6819)
LAW OFFICE of MARK P. GAGLIARDI
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Glen R. Fagan (admitted *pro hac vice*)
State of Georgia Bar No. 253944
CONSTANGY, BROOKS & SMITH, LLC
2300 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30303-1557
(404) 525-8622
(404) 525-6955 (fax)
e-mail: gfagan@constangy.com

**CERTIFICATION**

I hereby certify that on this **2nd** day of **September**, 20**08**, I filed electronically this document with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

/s/John L.P. Breguet (#1896)
Of Counsel, St. Peter & Kasle Inc.
Four Richmond Square
Providence, RI 02906
(401) 453-4330
(401) 453-4333 (fax)
e-mail: john@stpeterandkasle.com

/s/Frank B. Shuster (admitted *pro hac vice*)
State of Georgia Bar No. 644722
CONSTANGY, BROOKS & SMITH, LLC
2300 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30303-1557
(404) 525-8622
(404) 525-6955 (fax)
e-mail: fshuster@constangy.com

/s/Glen R. Fagan (admitted *pro hac vice*)
State of Georgia Bar No. 253944
CONSTANGY, BROOKS & SMITH, LLC
2300 Peachtree Street, N.W.
Suite 2400
Atlanta, GA 30303-1557
(404) 525-8622
(404) 525-6955 (fax)
e-mail: gfagan@constangy.com

/s/Mark P. Gagliardi